**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 14, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00262-CV

---

### DR. RICHARD HENDRIX, Appellant

### V.

### POWER RENTAL SOLUTIONS, Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2020-24041**

---

## MEMORANDUM OPINION

This is an appeal from an order signed April 8, 2022. On May 24, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan and Wilson.